STATE of Missouri, Respondent,

v.

Billy D. WILLIAMS, Appellant.

Billy D. WILLIAMS, Appellant,

v.

STATE of Missouri, Respondent.

Nos. 66443, 68148.

Missouri Court of Appeals,
Eastern District.

Jan. 2, 1996.

Ellen H. Flottman, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Fernando Bermudez, Assistant Attorney General, Jefferson City, for respondent.

Before CRANE, C.J., SIMON, J., and BLACKMAR, Senior Judge.

*ORDER*

PER CURIAM.

Appellant, Billy D. Williams, appeals from his concurrent sentences as a prior offender of twenty years for rape, § 566.030 RSMo. 1994, and five years for sexual abuse in the first degree, § 566.100 RSMo.1994.

This appeal is consolidated with an appeal from the denial of appellant's Rule 29.15 motion. The judgment of conviction is affirmed. Rule 30.25. The denial of appellant's Rule 29.15 motion is affirmed. Rule 84.16(b).

Wendell Wayne WRIGHT, Movant,

v.

STATE of Missouri, Respondent.

No. 68381.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 2, 1996.

Rosalynn Koch, Office of the State Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Joanne E. Beal, Assistant Attorney General, Jefferson City, for Respondent.

Before REINHARD, P.J., and CRANDALL and KAROHL, JJ.

*ORDER*

PER CURIAM.

Movant appeals denial of Rule 24.035 relief from plea of guilty and sentence on charge of burglary second degree. The motion court found the alleged basis for relief was refuted by the facts in the record of the plea proceeding. The finding is not clearly erroneous as required by Rule 24.035(j). We affirm. Rule 84.16(b).